UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-08017
Jose E Soto and Marvella Enriquez )
)  Chapter: 13
)  Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

This case coming before the Court on the Debtors Motion to Obtain/Incur Debt, IT IS HEREBY ORDERED that the Motion to Obtain/Incur Debt is granted as follows:

1. The Debtor's are permitted to incur a partial claim modification, a subordinate mortgage thorough HUD and recorded by AmeriHome in the amount of $7,875.53.
2. The Creditor, Amerihome is permitted to record the Subordinate Mortgage dated 2/27/2024.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  April 15, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600